SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,   15 Cr. 00179 (PAC)

<u>ORDER</u>

-against-

MICHAEL HENRY,

       Defendant.
-------------------------------------------------------X

HONORABLE PAUL A. CROTTY, United States District Judge:

Pursuant to the bail hearing held by telephone conference on Tuesday, April 7, the Court GRANTS Defendant Michael Henry's motion for bail[1] and ORDERS he be:

(1) released on a $50,000.00 Personal Recognizance Bond;

(2) entered into the Residential Re-Entry Center ("RRC") located at 104 Gold St., Brooklyn, New York 11201;

(3) restricted from traveling outside the Southern District of New York or the Eastern District of New York while on bail.

(4) The Defendant is further required to find a proposed address for his next residence within the 30-day period he is at the designated RRC. If he is unable to located a suitable residence within the 30-day period, he should ask Probation for an extension.

---

[1] Henry was arrested on March 6, 2020 and detained on consent and without prejudice for alleged violation of the terms of his supervised release. (Minute Entry dated Mar.6, 2020; Dkt. 42). A preliminary revocation hearing was held before this Court on March 9, 2020, at which a conference was set for March 19; that date was later adjourned to April 27 due to ongoing limitations related to COVID-19. (Minute Entries dated Mar. 9, 2020; Minute Entry dated Mar. 16, 2020).

(5) All previously set conditions of supervised release will remain in effect. A status teleconference with Henry is set for Friday, April 10, 2020 at 10:30 a.m.

Dated: New York, New York
April 7, 2020

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge