UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

     UNITED STATES OF AMERICA,

                   -against-

                                Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR
TELE CONFERENCE**

    **-CR-**   **(  )(  )**

Defendant _____ hereby voluntarily consents to
participate in the following proceeding via ___ videoconferencing or ___ teleconferencing:

___     Initial Appearance Before a Judicial Officer

___     Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of
         Indictment Form)

___     Bail/Detention Hearing

___     Conference Before a Judicial Officer

_____/s/Michael Henry_____              _____/s/Robert Baum_____
Defendant's Signature                        Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____            _____
Print Defendant's Name                       Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_____
Date

_____
JAMES L. COTT
United States Magistrate Judge