UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA,                                          1: 15 Cr. 0179(PAC)

                                                                              ORDER

                        -against-

MICHAEL HENRY,

                        Defendant.

------------------------------------------------------X


HONORABLE PAUL A. CROTTY, United States District Judge:

        Pursuant to the VOSR held today, the Court orders the defendant is sentenced to

TIME SERVED. Supervised Release is terminated. The defendant is to be released

forthwith. See transcript for details.


Dated:  New York, New York
        October 9, 2020

                                                        SO ORDERED

                                                        _____
                                                        PAUL A. CROTTY
                                                        United States District Judge